# United States Court of Appeals
## For the First Circuit

No. 16-1377

UNITED STATES OF AMERICA,

Appellee,

v.

MARSHALL H. DION,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on June 8, 2017, is amended as follows:

On page 34, line 16, "<u>See</u>," is changed to "<u>See</u>,".